UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before **DONALD C. NUGENT** United States District Judge | DATE: April 29, 2024 CASE NO. 1:23 CR 562 COURT REPORTER: Greg Mizanin CHANGE OF PLEA |

UNITED STATES OF AMERICA

-VS-

BRANDON N. CRITES

APPEARANCES:   Plaintiff: Jennifer King
               Defendant: Catherine Meehan

PROCEEDINGS:  The defendant changed his plea to guilty to Count One and Count Two of the Indictment. Written plea of guilty form executed. Plea of guilty form read in open Court. The defendant is referred to the United States Pretrial and Probation Department for the preparation of a Presentence Report. Sentencing in this matter is scheduled for August 6, 2024 at 10:00 am. Defendant remanded to the custody of the United States Marshal.

/s/ Steven L. Marshall
Courtroom Deputy

Length of Proceedings: 30 minutes